## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ashaye, Olatunde | Case Number: 05 B 00649 |
| Sanders-Ashaye, Andrea | Judge: Squires, John H |
| Printed: 10/9/07 | Filed: 1/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 18, 2007
Confirmed: March 23, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,769.33 | |
| Secured: | | 10,422.62 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 646.67 |
| Other Funds: | | 0.04 |
| Totals: | 13,769.33 | 13,769.33 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 5,165.46 | 3,621.98 |
| 4. | Toyota Motor Credit Corporatio | Secured | 9,698.72 | 6,800.64 |
| 5. | Internal Revenue Service | Priority | 1,451.79 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 280.55 | 0.00 |
| 7. | Meadows Credit Union | Unsecured | 1,255.41 | 0.00 |
| 8. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 403.40 | 0.00 |
| 10. | Capital One | Unsecured | 64.57 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 50.94 | 0.00 |
| 12. | Cash America Financial Services | Unsecured | 29.66 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 7.39 | 0.00 |
| 14. | SBC | Unsecured | 50.13 | 0.00 |
| 15. | American Family Insurance | Unsecured | | No Claim Filed |
| 16. | Associated Radiologists | Unsecured | | No Claim Filed |
| 17. | Chams Albert M.D. | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Lutheran General Hospital | Unsecured | | No Claim Filed |
| 20. | US Cellular | Unsecured | | No Claim Filed |
| 21. | Pediatric | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | National Quick Cash | Unsecured | | No Claim Filed |
| 24. | National Quick Cash | Unsecured | | No Claim Filed |
| 25. | Park Ridge Anesthesiology | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ashaye, Olatunde | Case Number: 05 B 00649 |
|---|---|---|
| | Sanders-Ashaye, Andrea | Judge: Squires, John H |
| | Printed: 10/9/07 | Filed: 1/10/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Lutheran General Hospital | Unsecured | | No Claim Filed |
| 27. | RCN | Unsecured | | No Claim Filed |
| 28. | Rush North Shore Medical Ctr | Unsecured | | No Claim Filed |
| 29. | Pediatric Health Care | Unsecured | | No Claim Filed |
| 30. | St Francis Hospital | Unsecured | | No Claim Filed |
| 31. | Midwest Pediatric Cardiology | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,158.02 | $ 13,122.62 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 107.11 |
| 3% | 53.12 |
| 5.5% | 278.98 |
| 5% | 88.53 |
| 4.8% | 118.93 |
| | _____ |
| | $ 646.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____